DEAR, Abel Acosta          3-18-15

80,480-01

CASE # WR-80-480-01
TRIAL Court # 13-01451-85-B

My NAME is Bobbie MORRIS AND MY TDCJ Number is 1878549. This is MY SECOND letter I'AM write to the Court of Appeal Concerns MY Appeal. I File MV Appeal Back in Nov 4. 2014. I wonding how long will it take be for the Court of Appeal to ISSUE Their Opinion in my Appeal Care THE REASON I'AM write to the Court is because I told when I come up for PARole MV PARole will be put on hold IF I have A case in the Court of Appeal. PLAse write ME back for this is so. Because this is hindering The Process of MY getting closer to having A chance Being PARole. I would Apperciate. If you could help ME in the mATTER AND Thank you for Acknowledgeing Acknow letter of Request.

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 24 2015

Abel Acosta, Clerk

Sincerely

Bobbie Morris

5-11-70